# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2831

_____

LUC TERMITUS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gulf County.
Devin Collier, Judge.

December 11, 2023

PER CURIAM.

AFFIRMED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luc Termitus, *pro se*.

Ashley Moody, Attorney General, Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.